**COM.**

**v.**

**EDDINGTON, J.**

**210 MDA 2016**

Superior Court of Pennsylvania.

04/26/2017

CP–67–CR–0007170–2012
CP–67–CR–0007172–2012

**1216**

CP–67–CR–0007173–2012
CP–67–CR–0008156–2012
(York)
Affirmed—Application to Withdraw as Counsel Granted